FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0576

IN THE SUPREME COURT OF THE STATE OF MONTANA
Case No. DA 24-0576

LILLIAN A. OVERMAN and LARRY ROBINSON,

Defendants and Appellants,

v.

FRANK APECELLA and SHIRLYNNE APECELLA,

Plaintiffs and Appellees.

*On Appeal from the District Court of Montana's Twenty-First Judicial District,
Cause No. DV—21—240
Honorable Judge Howard Recht, Presiding*

**ORDER GRANTING EXTENSION OF TIME**

UPON REVIEW of Appellees' Unopposed Motion for Extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellees' Response to Opening Brief is now due on or before March 31, 2025.

ELECTRONICALLY SIGNED AND DATED BELOW

cc:    David B. Cotner/Taylor Eisenzimer
       Rick Tappan/Dale Schowengerdt

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 18 2025